# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0178. MURRAY LATERIOUS JACKSON v. THE STATE.**

In February 2020, Murray Jackson pleaded guilty to driving with a suspended license and reckless driving and was sentenced to 48 months, to be served on probation.[1] The State filed a motion seeking to revoke Jackson's probation in August 2022. Following a hearing, the trial court entered an order on August 15, 2022, revoking Jackson's probation and requiring him to serve the balance of his sentence in incarceration. Jackson filed a direct appeal, which we dismissed on November 30, 2022 due to Jackson's failure to file an application for discretionary appeal under OCGA § 5-6-35 (a) (5). Jackson then filed the instant application for discretionary appeal on December 8, 2022. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Jackson filed

---

[1] In exchange, the State agreed not to prosecute pending charges against Jackson that included endangerment of a child and failure to maintain lane.

this application 115 days after entry of the trial court's order revoking his probation. Accordingly, this application is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/06/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_

, *Clerk.*